

FILED

AUG 1 4 2013

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA**
NEWPORT NEWS DIVISION

DARCHELL YVETTE WILLIAMS,

        Plaintiff,

v.                                    Civil Action No. 4:12cv107

CAROLYN W. COLVIN,[1]
Acting Commissioner
of Social Security,

        Defendant.

## OPINION AND ORDER

Plaintiff brought this action under 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3) seeking

judicial review of the final decision of the Commissioner of Social Security ("Commissioner")

denying his claim for Supplemental Security Income under the Social Security Act. Pursuant to the

provisions of 28 U.S.C. §§ 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil

Procedure, Rule 72 of the Rules of the United States District Court for the Eastern District of

Virginia, and by order of reference dated October 5, 2012, this matter was referred to a United

States Magistrate Judge for a Report and Recommendation. Doc. 7.

      The Report and Recommendation of the Magistrate Judge ("R&R"), filed on July 5, 2013,

finds that the Administrative Law Judge ("ALJ") made an error with regard to a material fact that

is clear from the record. Doc. 15 at 6–10. Accordingly, the Magistrate Judge recommends the

following: 1) that the final decision of the Commissioner be vacated and remanded; 2) that

Defendant's Motion for Summary Judgment be denied; and 3) that Plaintiff's Motion for

Summary Judgment be granted to the extent it seeks reversal and remand. Id. at 15.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013, and is substituted for Michael J. Astrue as the defendant in this suit. See FED. R. CIV. P. 25(d).

1

By copy of the R&R, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge within ten (14) days from the date the R&R was mailed, pursuant to Rule 6(a) of the Federal Rules of Civil Procedure. The time for filing written objections has now passed, and neither party has filed objections. As indicated in the R&R, "failure to file timely objections to the findings and recommendations set forth [in the R&R] will result in a waiver of the right to appeal from a judgment of this Court based on such findings and recommendations." Id. at 16.

This Court has reviewed the R&R of the Magistrate Judge and hereby adopts and approves in full the findings and recommendations set forth therein. Accordingly, it is hereby **ORDERED** that the final decision of the Commissioner be **VACATED** and **REMANDED**, that Plaintiff's Motion for Summary Judgment be **GRANTED** to the extent it seeks reversal and remand, and that Defendant's Motion for Summary Judgment be **DENIED**.

Plaintiff is advised that he may appeal from this Opinion and Final Order by forwarding a written notice of appeal to the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510. Said written notice must be received by the Clerk within sixty (60) days from the date of this Order. If Plaintiff wishes to proceed in forma pauperis on appeal, the application to proceed in forma pauperis is to be submitted to the Clerk, United States Court of Appeals, Fourth Circuit, 1100 E. Main Street, Richmond, Virginia 23219.

The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

It is so **ORDERED**.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge

HENRY COKE MORGAN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
Date: aug 10, 2013

2